## AXCELIS TECHNOLOGIES, INC., Plaintiff-Appellant,

v.

## APPLIED MATERIALS, INC., Defendant-Appellee.

### No. 03–1636.

United States Court of Appeals, Federal Circuit.

March 16, 2004.

J. Anthony Downs, Principal Attorney, Paul F. Ware, Jr., John C. Englander, of Counsel, Goodwin Procter, Boston, MA, for Defendant-Appellee.

Thomas F. Holt, Jr., Principal Attorney, Tara C. Cacciabaudo, of Counsel, Kirkpatrick & Lockhart, Boston, MA, Robert D. Yeager, Patrick J. Mcelhinny, of Counsel,

Kirkpatrick & Lockhart, Pittsburgh, PA, for Plaintiff–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).